IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| NDIDI OKWALE,<br><br>       Plaintiff,<br><br>v.<br><br>CORINTHIAN COLLEGES and EVEREST COLLEGE,<br><br>       Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:14-cv-135-RJS<br><br>Judge Robert J. Shelby |

  Pursuant to 28 U.S.C. § 636(b)(1)(B), this case was referred to Magistrate Judge Dustin Pead.  On January 29, 2015, Judge Pead issued a Report and Recommendation on Defendants Corinthian College and Everest College's Motion to Compel Arbitration and Stay Proceedings.  (Dkt. Nos. 4, 8.)  Judge Pead recommended that this court grant the motion based on a binding arbitration provision Plaintiff Ndidi Okwale agreed to.  Neither party submitted objections to Judge Pead's report within the allotted timeframe.  After careful consideration, the court **ADOPTS IN FULL** Judge Pead's Report and Recommendation.  (Dkt. 8.)  Accordingly, the court **GRANTS** the Defendants' motion (Dkt. 4), orders Ms. Okwale to submit her claims in individual arbitration before the American Arbitration Association, and stays all proceedings pending such arbitration.  The court directs the Clerk of Court to administratively close the case pending resolution of the arbitration proceedings

.

**SO ORDERED** this 19th day of February, 2015.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge
